# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Defendants. | 1:15-cv-00573-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

　　　　Plaintiff is a former federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff initiated this action on March 20, 2015.  In addition to the complaint, Plaintiff filed an application to proceed in forma pauperis, along with a notice of change of address.  According to the notice of change of address, Plaintiff was to be released from federal custody to immigration.  The address provided was for Plaintiff's wife, Teresa Martinez, in Rosemead, California.  (ECF No. 3.)

　　　　On April 21, 2015, the Court directed Plaintiff to file a regular civil application to proceed in forma pauperis based on Plaintiff's address in Rosemead, California.  (ECF No. 9.)

　　　　On May 29, 2015, Plaintiff filed a regular civil application to proceed in forma pauperis. According to the application, Plaintiff is detained in the Otero Detention Center.  (ECF No. 12.) Information from Plaintiff's wife indicates that Plaintiff is housed in the Otero Detention Processing Center in New Mexico.  (ECF No. 10.)

As Plaintiff is currently detained, Plaintiff must submit the correct application to proceed in forma pauperis authorizing deductions from his trust account.  Neither of Plaintiff's current applications include such authorization.

Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   **July 9, 2015**               /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE