# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00573-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT ZARAGOZA TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 35)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jose Lopez Hernandez ("Plaintiff") is a former federal prisoner proceeding pro se in this civil rights action under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). This action proceeds against Defendant Zaragoza (erroneously sued as Saragosh) for the failure to protect Plaintiff in violation of the Eighth Amendment.

On August 12, 2017, Plaintiff mailed a waiver of service of summons to Defendant Zaragoza. Defendant Zaragoza signed the waiver on September 7, 2017, and Plaintiff returned the executed waiver of service on November 15, 2017. (ECF No. 35.) With the executed waiver of service, Plaintiff submitted returns of service indicating that on November 3, 2017, copies of the summons and complaint were sent by certified mail to the United States Attorney's Office in Fresno, California, and to the United States Attorney General in Washington, D.C. (Id.) Defendant Zaragoza's answer to the complaint was therefore due on or before January 2, 2018. See Fed. R. Civ. P. 4(i)(1); Fed. R. Civ. P. 12(a)(3).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Zaragoza shall show cause why default should not be entered against him or her; and

2. To facilitate the ability to comply with this order, Defendant Zaragoza's obligation to respond to the complaint is extended **thirty (30) days** from the date of service of this order; and

3. The Clerk's Office shall serve a courtesy copy of this order on the United States Penitentiary – Atwater, Attn: Litigation Coordinator.

IT IS SO ORDERED.

Dated: **January 9, 2018**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE